THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0817-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OPTIONSHOUSE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A status conference was scheduled in this matter for October 16, 2018 at 9:00 a.m. Plaintiff failed to appear at the status conference. Within 14 days of the issuance of this order, Plaintiff is ORDERED to show cause why the amended complaint should not be dismissed for lack of prosecution.

DATED this 16th day of October 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-0817-JCC
PAGE - 1