UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0817-JCC |
| Plaintiff, | ORDER |
| v. | |
| OPTIONSHOUSE, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. A status conference was scheduled for this case on October 16, 2018. (Dkt. No. 7). Plaintiff failed to appear, and the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. (Dkt. No. 24.) Plaintiff has not responded to the Court's order to show cause. Pursuant to Federal Rule of Civil Procedure 41(b), the complaint is DISMISSED without prejudice and without leave to amend.

DATED this 31st day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0817-JCC
PAGE - 1