UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0817-JCC |
| Plaintiff, | AMENDED ORDER |
| v. | |
| OPTIONSHOUSE, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. A status conference was scheduled for this case on October 16, 2018. (Dkt. No. 7). Plaintiff failed to appear, and the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. (Dkt. No. 24.) Plaintiff has not responded to the Court's order to show cause. Pursuant to Federal Rule of Civil Procedure 41(b), the complaint is DISMISSED without prejudice.

DATED this 2nd day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE