THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0817-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OPTIONSHOUSE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 36). The motion is DENIED. (*See* Dkt. Nos. 32, 35.) The Court will not consider any future motions for reconsideration in this case.

DATED this 7th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0817-JCC
PAGE - 1