UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0817-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OPTIONSHOUSE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appeal *in forma pauperis* (Dkt. No. 38). On March 18, 2019, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals (Dkt. No. 39), as well as a motion and application for leave to appeal *in forma pauperis*. (Dkt. No. 38.) Pursuant to this District's Amended General Order No. 01-15, Plaintiff's motion (Dkt. No. 38) is hereby REFERRED To the Hon. Brian A. Tsuchida, United States Magistrate Judge.

DATED this 3rd day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk